HERZOG v. TAMSEN et al.

(City Court of New York, General Term.    February 7, 1898.)

SECURITY FOR COSTS.
    Code Civ. Proc. § 452, providing that the court must direct the bringing in of any party interested in the subject of the action, is mandatory, and interveners are not required to furnish security for costs.

Appeal from special term.

Action by Theophile Herzog against Edward J. H. Tamsen and others. Louis S. Firetag and another intervened as defendants. From an order requiring interveners to furnish security for costs, they appeal. Reversed.

Argued before FITZSIMONS, P. J., and O'DWYER, J.

Tracy, Boardman & Platt, for appellants.

H. A. Joseph, for respondent.

O'DWYER, J. The right of the appellants to be brought in as parties defendant is absolute, and, this being so, the court cannot require security for costs as a condition for granting such right. Uhlfelder v. Tamsen (City Ct. N. Y.) 40 N. Y. Supp. 372. It follows that that part of the order appealed from should be reversed, with costs.